AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>BREYER, STEPHEN G | 2. Court or Organization<br><br>U.S. SUPREME COURT | 3. Date of Report<br><br>05/15/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ASSOC. JUSTICE SUPREME COURT | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>SUPREME COURT OF UNITED STATES<br>1 FIRST STREET, N.E.<br>WASHINGTON, D.C. 20543 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE (HONORARY) | DANA-FARBER CANCER INSTITUTE |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 14 P 2: 27 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G | 05/15/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | RANDOM HOUSE, INC.; ROYALTY INCOME | $ 93,121 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | PSYCHOLOGY PRACTICE |
| 2. 2006 | DANA-FARBER CANCER INSTITUTE -SALARY |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | UNIVERSITY OF MIAMI SCHOOL OF LAW | JANUARY 26-28; MIAMI, FLORIDA; UNIVERSITY OF MIAMI SCHOOL OF LAW DINNER (TRANSPORTATION, LODGING AND SOME MEALS) |
| 2. | CITY ARTS AND LECTURES | FEBRUARY 3-6; SAN FRANCISCO, CA; CITY ARTS & LECTURES EVENTS (TRANSPORTATION) |
| 3. | UNIVERSITY OF CHICAGO | FEBRUARY 7-8; CHICAGO, IL; SCHWARTZ LECTURE (TRANSPORTATION, LODGING AND SOME MEALS) |
| 4. | UNIVERSITY OF ALABAMA | MARCH 6-7; TUSCALOOSA, AL; JUDGE ALBRITTON LECTURE (TRANSPORTATION, LODGING AND SOME MEALS) |

| Name of Person Reporting | Date of Report |
|---|---|
| **BREYER, STEPHEN G** | 05/15/2007 |

| | | |
|---|---|---|
| 5. | UNIVERISTY OF ARKANSAS | MARCH 7-8; LITTLE ROCK, AR; CLINTON SCHOOL OF PUBLIC SERVICE (TRANSPORTATION, LODGING AND SOME MEALS) |
| 6. | NEW YORK HISTORICAL SOCIETY | MARCH 9; NEW YORK, NY; NEW YORK HISTORICAL SOCIETY LECTURE (TRANSPORTATION) |
| 7. | THE COSMOPOLITAN CLUB | MARCH 10; NEW YORK, NY; COSMOPOLITAN CLUB LECTURE (TRANSPORTATION AND DINNER) |
| 8. | THE FEINBERG INSTITUTE FOR THE COMPARATIVE STUDY OF HUMAN VALUE AND PUBLIC LIFE | MARCH 16; NEW YORK, NY; (TRANSPORTATION AND MEAL) |
| 9. | ERASMUS UNIVERSITY - THE HAGUE | APRIL 3-7; ROTTERDAM, NETHERLANDS; DUTCH SUPREME COURT, PRESS CONFERENCE, LECTURE (TRANSPORTATION, LODGING AND SOME MEALS) |
| 10. | COLLEGE DE FRANCE | APRIL 10-12; PARIS, FRANCE; MEETINGS, SCIENCES-PO (TRANSPORTATION AND SOME MEALS) |
| 11. | AMERICAN PHILOSOPHICAL SOCIETY | APRIL 29-30; PRINCETON, NJ; MEETINGS, SPEECH/DISCUSSION, BOOK EVENT, JAMES MADISON AWARD (LODGING AND SOME MEALS) |
| 12. | NEW YORK LAW SCHOOL | MAY 2; NEW YORK, NY; SIDNEY SHAINWALD PUBLIC LECTURE, BOOK SIGNING (TRANSPORTATION AND SOME MEALS) |
| 13. | ASPEN INSTITUTE | JULY 5-10; ASPEN, CO; ASPEN IDEAS FESTIVAL (TRANSPORTATION, LODGING AND SOME MEALS) |
| 14. | NINTH CIRCUIT CONFERENCE | JULY 10-17; HUNTINGTON BEACH, CA; EDUCATIONAL PROGRAMS, EDUCATIONAL COMMITTTEE LUNCHEON, MEETINGS (TRANSPORTATION, LODGING AND SOME MEALS) |
| 15. | SUN VALLEY WRITERS' CONFERENCE | AUGUST 17-21; SUN VALLEY, ID; ACTIVE LIBERTY (TRANSPORTATION, LODGING AND SOME MEALS) |
| 16. | MAIDSTONE CLUB | SEPTEMBER 3; EAST HAMTPON, NY; ACTIVE LIBERTY TALK (TRANSPORTATION) |
| 17. | TENTH CIRCUIT JUDICIAL CONFERENCE | SEPTEMBER 6-9; COLORADO SPRINGS, CO; (TRANSPORTATION, LODGING AND SOME MEALS) |
| 18. | YALE UNIVERSITY | SEPTEMBER 14-17; NEW HAVEN CT; YALE GLOBAL CONSTITUTIONALISM SEMINAR (TRANSPORTATION, LODGING AND SOME MEALS) |
| 19. | NEW YORKER FESTIVAL | OCTOBER 7-8; NEW YORK, NY; INTERVIEW WITH JEFF TOOBIN (TRANSPORTATION) |
| 20. | OXFORD UNIVERSITY PRESS | OCTOBER 16-22; OXFORD, ENGLAND; OXFORD LECTURES (TRANSPORTATION AND SOME MEALS) |
| 21. | FEDERAL JUDICIAL CENTER AND AMERICAN SOCIETY OF INTERNATIONAL LAW | NOVEMBER 13; WASHINGTON, D.C.; LUNCHEON, JUDGE ROTHSTEIN (TRANSPORTATION AND MEAL) |
| 22. | CARDOZO LAW SCHOOL | NOVEMBER 20; NEW YORK, NY; MICHEL ROSENFELD'S CLASS (TRANSPORTATION AND MEAL) |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | . | Date of Report |
|---|---|---|
| BREYER, STEPHEN G | | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INVESTMENTS- PAINE WEBBER: | | | | | | | | | |
| 2. CENTOCOR CPR - RESTRICTED | A | Interest | J | W | None | | | | |
| 3. GENZYME CPR - RESTRICTED | A | Interest | J | W | None | | | | |
| 4. SMITH BARNEY CITIGROUP IRA ACCOUNT: | | | | | | | | | |
| 5. CERT ACCRUAL TSY | | None | | | Redemption | 5/15 | J | A | |
| 6. CITIBANK NA BANK DEPOSIT PROGRAM | A | Interest | J | T | None | | | | |
| 7. U.S. TREASURY NOTE 11/15/06 | B | Interest | | | Redemption | 11/15 | K | A | |
| 8. U.S. TREASURY NOTE 8/15/08 | B | Interest | K | T | None | | | | |
| 9. U.S. TREASURY NOTE 8/15/13 | B | Interest | K | T | None | | | | |
| 10. U.S. TREASURY NOTE 8/15/09 | | None | K | T | Buy | 12/5 | K | | |
| 11. U.S. TREASURY NOTE 8/15/10 | | None | K | T | Buy | 12/5 | K | | |
| 12. U.S. TREASURY NOTE 2/15/11 | | None | K | T | Buy | 12/5 | K | | |
| 13. IRA ACCOUNT: | | | | | | | | | |
| 14. SCUDDER CORE PLUS INCOME FUND (FORMERLY SCUDDER INCOME FUND) | A | Dividend | K | T | None | | | | |
| 15. SCUDDER LARGE CAPITAL VALUE FUND | D | Dividend | L | T | None | | | | |
| 16. OTHER HOLDINGS: | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 17. SCUDDER CORE PLUS INCOME FUND - IRA (SCUDDER INCOME FUND) | B | Dividend | K | T | None | | | | |
| 18. BANK OF AMERICA - CHECKING | A | Interest | J | T | None | | | | |
| 19. TIAA/CREF | D | Interest | P1 | T | None | | | | |
| 20. TRUST: | | | | | | | | | |
| 21. DMC APARTMENT FUND I (PARTNERSHIP) | A | Rent | K | U | None | | | | |
| 22. CHINA PARTNERS L.P. | D | Dividend | L | U | None | | | | |
| 23. CLAFLIN CAPITAL, VI | A | Dividend | J | U | None | | | | |
| 24. WINDSOR FUND | A | Dividend | J | T | None | | | | |
| 25. AUTOMATIC DATA PROCESSING COMMOM STOCK | A | Dividend | L | T | None | | | | |
| 26. SIGMA ALDRICH CORP. COMMON STOCK | A | Dividend | K | T | None | | | | |
| 27. PROCTER & GAMBLE CO - COMMON STOCK | B | Dividend | M | T | None | | | | |
| 28. STATE STREET BANK IMMA | A | Dividend | K | T | None | | | | |
| 29. CINTAS CORP. COMMON STOCK | A | Dividend | L | T | None | | | | |
| 30. SYSCO CORP. COMMON STOCK | B | Dividend | M | T | None | | | | |
| 31. STATE STREET CORP. COMMON STOCK | B | Dividend | M | T | None | | | | |
| 32. VANGUARD S&P 500 INDEX FUND | C | Dividend | N | T | None | | | | |
| 33. POINT THERAPEUTICS INC -COMMON | | None | J | T | None | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| STOCK | | | | | | | | | |
| 34. PEPSICO INC. - COMMON STOCK | B | Dividend | L | T | None | | | | |
| 35. COLGATE-PALMOLIVE CO - COMMON STOCK | B | Dividend | L | T | None | | | | |
| 36. EMC CORP - COMMON STOCK | | None | K | T | None | | | | |
| 37. NOVARTIS AG SPONSORED ADR | A | Dividend | K | T | None | | | | |
| 38. U.S. TREASURY BILL - 5/11/06 | B | Interest | | | Redemption | 5/11 | L | A | |
| 39. U.S. TREASURY BILL - 5/11/06 | A | Interest | | | Redemption | 5/11 | K | A | |
| 40. TEMPTIME INC - COMMON STOCK | | None | J | U | None | | | | |
| 41. APPLIED ANALYSIS INC - COMMON STOCK | | None | J | U | None | | | | |
| 42. APPLIED ANALYSIS INC - PREFERRED STOCK | | None | J | U | None | | | | |
| 43. U.S. TREASURY BILL - 11/2/06 | C | Interest | | | Buy | 5/10 | M | | |
| 44. | | | | | Redemption | 11/2 | M | A | |
| 45. U.S. TREASURY BILL - 4/26/07 | | None | M | T | Buy | 11/2 | M | | |
| 46. OTHER ASSETS: | | | | | | | | | |
| 47. NATIONAL CITY CORP. COMMON STOCK | B | Dividend | L | T | None | | | | |
| 48. HUBBELL INC. CLASS B COMMON STOCK | A | Dividend | K | T | None | | | | |
| 49. WAL-MART STORES INC. COMMON | A | Dividend | K | T | None | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| STOCK | | | | | | | | | |
| 50. COLGATE-PALMOLIVE COMMON STOCK | A | Dividend | K | T | None | | | | |
| 51. SCHERING-PLOUGH CORP. COMMON STOCK | A | Dividend | L | T | None | | | | |
| 52. TIAA/CREF RETIREMENT ACCOUNT | A | Dividend | K | T | None | | | | |
| 53. BARCLAY'S BANK SAVINGS ACCOUNT | A | Dividend | K | T | None | | | | |
| 54. PEARSON ORD. STOCK | F | Dividend | P1 | T | Partial Sale | 4/24 | N | G | |
| 55. RENTAL PROPERTY - NEVIS WEST INDIES | A | Rent | M | W | None | | | | |
| 56. DMC REGENCY RESIDENCE LTD. | A | Rent | | | Sell | 12/31 | J | A | |
| 57. LLOYD'S BANK | A | Interest | J | T | None | | | | |
| 58. WELLS FARGO & CO. COMMON STOCK | B | Dividend | K | T | None | | | | |
| 59. BP PLC-SPONSORED ADR (FORMERLY BP AMOCO PLC ADR) | B | Dividend | K | T | None | | | | |
| 60. TOTAL FINA SA SPONSORED ADR | B | Dividend | L | T | None | | | | See Part VIII |
| 61. NOKIA CORP. ADR | C | Dividend | M | T | None | | | | |
| 62. LAZARD BROTHERS SAVINGS ACCOUNT | A | Interest | J | T | None | | | | |
| 63. LAND IN CONCORD, MA | | None | L | W | None | | | | |
| 64. LAND IN PLAINFIELD, NH | | None | N | W | None | | | | |
| 65. CAMBRIDGE TRUST COMPANY | A | Interest | J | T | None | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000  T =Cash Market
(See Column C2)  Q =Appraisal  V =Other  S =Assessment
U =Book Value  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 66. ALLTEL CORP - COMMON STOCK | A | Dividend | K | T | None | | | | See Part VIII |
| 67. BANK OF AMERICA CORP - COMMON STOCK | B | Dividend | L | T | None | | | | |
| 68. DUKE ENERGY HOLDING CORP - COMMON STOCK (MERGER) | A | Dividend | | | Sell | 4/17 | L | E | See Part VIII |
| 69. EXELON CORPORATION - COMMON STOCK | B | Dividend | L | T | None | | | | |
| 70. HEINZ HJ CO - COMMON STOCK | B | Dividend | K | T | None | | | | |
| 71. IBM - COMMON STOCK | A | Dividend | K | T | None | | | | |
| 72. LOWES COMPANIES INC - COMMON STOCK | A | Dividend | K | T | None | | | | |
| 73. PACCAR INC - COMMON STOCK | C | Dividend | M | T | None | | | | |
| 74. PROCTER & GAMBLE CO - COMMON STOCK | A | Dividend | L | T | None | | | | |
| 75. QUEST DIAGNOSTICS INC. - COMMON STOCK | A | Dividend | L | T | None | | | | |
| 76. UNITED TECHNOLOGIES CORP - COMMON STOCK | B | Dividend | L | T | None | | | | |
| 77. SYMANTEC CORP - COMMON STOCK | | None | | | Sell | 5/8 | K | B | |
| 78. AMGEN INC - COMMON STOCK | | None | K | T | None | | | | |
| 79. CISCO SYSTEMS INC - COMMON STOCK | | None | L | T | None | | | | |
| 80. AIR PRODUCTS & CHEMICAL INC - COMMON STOCK | B | Dividend | L | T | None | | | | |
| 81. DWS MASS TAX-FREE-S (FORMERLY SCUDDER MASS TAX FREE FUND) | A | Interest | | | Buy | 4/26 | J | | |
| 82. | | | | | Sell | 5/4 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =S1,000 or less | B =S1,001 - S2,500 | C =S2,501 - S5,000 | D =S5,001 - S15,000 | E =S15,001 - S50,000 |
|---|---|---|---|---|---|
| | F =S50,001 - S100,000 | G =S100,001 - S1,000,000 | H1 =S1,000,001 - S5,000,000 | H2 =More than S5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =S15,000 or less | K =S15,001 - S50,000 | L =S50,001 - S100,000 | M =S100,001 - S250,000 | |
| | N =S250,001 - S500,000 | O =S500,001 - S1,000,000 | P1 =S1,000,001 - S5,000,000 | P2 =S5,000,001 - S25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =S25,000,001 - S50,000,000 | R =Cost (Real Estate Only) | P4 =More than S50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 83. SSGA MONEY MARKET FUND | C | Dividend | L | T | None | | | | |
| 84. TEVA PHARMACEUTICAL - COMMON STOCK | A | Dividend | K | T | None | | | | |
| 85. CARNIVAL CORP - COMMON STOCK | A | Dividend | | | Sell | 10/16 | K | A | |
| 86. NESTLE SA | A | Dividend | K | T | None | | | | |
| 87. SUNCOR ENERGY INC - COMMON STOCK | A | Dividend | K | T | None | | | | |
| 88. BHP BILTON LTD | A | Dividend | K | T | None | | | | |
| 89. SCOTTISH POWER PLC SPONSORED ADR (MERGER) | D | Dividend | K | T | Cash in Lieu | 5/18 | J | A | See Part VIII |
| 90. CAMBRIDGE, MA 4.00% 01/01/2014 | B | Interest | L | T | None | | | | |
| 91. HOPKINTON, MA 4.00% 07/01/2011 | B | Interest | L | T | None | | | | |
| 92. SCITUATE, MA 4.50% 09/15/2013 | B | Interest | L | T | None | | | | |
| 93. SHARON, MA 4.00% 9/15/2013 | C | Interest | L | T | None | | | | |
| 94. KING PHILIP REG. SCHOOL DISTRICT, MA 4.25% 12/15/2012 | C | Interest | L | T | None | | | | |
| 95. UNITED STATES TREASURY NOTES 6.25% 02/15/2007 | A | Interest | L | T | Buy | 5/4 | L | | |
| 96. PARTNERRE LTD - COMMON STOCK | A | Dividend | K | T | Buy | 5/8 | K | | |
| 97. EMC CORP MASS - COMMON STOCK | | None | K | T | Buy | 5/8 | K | | |
| 98. WELLESLEY MASSACHUSETTS GENERAL OBLIGATION 4.00% 06/01/2012 | B | Interest | L | T | Buy | 5/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 99. JOHNSON CONTROLS INC - COMMON STOCK | | None | K | T | Buy | 10/16 | K | | |
| 100. WINDSTREAM CORP - COMMON STOCK | A | Dividend | J | T | Cash in Lieu | 7/26 | J | A | See Part VIII |
| 101. ARKEMA SPONSORED ADR - COMMON STOCK | | None | | | Cash in Lieu | 6/5 | J | A | See Part VIII |
| 102. | | | | | Sell | 10/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G | 05/15/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

THE REPORT WAS PREPARED BY:



LEON M. REIMER & CO., P.C.

NEW YORK, NEW YORK

PART VII: LINE 60 & 101: Spinioff - On 6/5/06 Total Fina SA ADR distributed shares of Arkema ADR common stock. Fractional shares were paid in cash in lieu.

PART VII: LINE 68: On 4/3/06 Duke Energy Corp merged into Duke Energy Holding Corp.

PART VII: LINE 89: On 5/18/06 Scottish Power PLC ADR (old) merged into Scottish Power PLC ADR (new). Fractional shares were paid in cash in lieu.

PART VII: LINE 66 & 100: Spinioff - On 7/26/06 Alltel Corp distributed shares of Windstream Corp common stock. Fractional shares were paid in cash in lieu.

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G | 05/15/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544